FILED
JAMES J. VILT, JR. - CLERK

DEC 17 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**DETRICK L. HOUSEAL**
**LATROY B. GILKEY**

INDICTMENT

NO. 3:25CR177 DJH

18 U.S.C. § 2
18 U.S.C. § 982(a)(1)
18 U.S.C. § 1956 (a)(1)(B)(i)
18 U.S.C. § 1956(h)

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Launder Monetary Instruments)*

On or about and between December 21, 2020 and January 7, 2021, in the Western District of Kentucky, Jefferson County and elsewhere, **DETRICK L. HOUSEAL** and **LATROY B. GILKEY** did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances in violation Title 21, United States Code, Section 841(a)(1), knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

The Grand Jury further charges that:

## COUNT 2
*(Laundering of Monetary Instruments)*

On or about December 21, 2020, in the Western District of Kentucky, Jefferson County and elsewhere, **DETRICK L. HOUSEAL** and **LATROY B. GILKEY**, aided and abetted by each other and others, knowingly conducted a financial transaction affecting interstate and foreign commerce that involved the transfer of approximately $297,950 in United States currency, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).

The Grand Jury further charges:

## COUNT 3
*(Laundering of Monetary Instruments)*

On or about January 7, 2021, in the Western District of Kentucky, Jefferson County and elsewhere, **DETRICK L. HOUSEAL** and **LATROY B. GILKEY**, aided and abetted by each other and others, knowingly conducted and attempted to conduct a financial transaction affecting interstate and foreign commerce that involved the transfer of approximately $311,920 in United States currency, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section

841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).

## NOTICE OF FORFEITURE

As a result of committing violations of Title 18, United States Code, Section 18 U.S.C. § 1956(h) and 18 U.S.C. § 1956(a)(1)(B)(i), as specifically charged in this Indictment, **DETRICK L. HOUSEAL** and **LATROY B. GILKEY**, pursuant to Title 18, United States Code, Section 982(a)(1), shall forfeit to the United States any and all property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of these offenses, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the offenses and property involved therein, and all property traceable to such property.

A TRUE BILL.

Redacted
FOREPERSON

*[signature: Kyle Bumgarner]*

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:AMS:JRP

UNITED STATES OF AMERICA v. **DETRICK L. HOUSEAL** and **LATROY B. GILKEY**

## PENALTIES

| | |
|---|---|
| Count 1 | NM 20 yrs./$500,000/both/NM 5 yrs. Supervised Release |
| Count 2 | NM 20 yrs./$500,000/both/NM 5 yrs. Supervised Release |
| Count 3 | NM 20 yrs./$500,000/both/NM 5 yrs. Supervised Release |
| FORFEITURE | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987</u>:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.